UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID BRADLEY,

    Plaintiff,

v.

                                  CASE NO.:

CENTURY SAN-CAP LANDSCAPE, LLC,
DAN DOE, and JOHN DOE,

    Defendant.

_____/

### DEFENDANT CENTURY SAN-CAP LANDSCAPE, LLC'S
### NOTICE OF REMOVAL

Defendant, CENTURY SAN-CAP LANDSCAPE, LLC ("Century" or "Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, 1446(b), and M.D. Fla. R. 1.06, hereby files this Notice of Removal to the United States District Court, Middle District of Florida, Fort Myers Division, for the cause of action presently pending in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, Case No.: 21-CA-004527 and styled: *David Bradley v. Century San-Cap Landscape, LLC, Dan Doe, and John Doe* ("State Court Action"). As grounds in support of this Notice of Removal, the following is stated:

1. On July 29, 2021, Plaintiff, DAVID BRADLEY ("Plaintiff") commenced this action by filing a Complaint in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 21-CA-004527 ("Complaint").

2. In his Complaint, Plaintiff alleges that Century violated 42 U.S.C. § 1981 ("Section 1981"), Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et. seq.* ("Title

VII"), and the Florida Civil Rights Act of 1992, Fla. Stat. Ann. § 706.01 *et. seq.* ("FCRA"). Complaint, ¶ 1.

3. The Complaint was served on Century on August 21, 2021. Therefore, this Notice of Removal is timely filed within the thirty-day statutory period for removal pursuant to 28 U.S.C. §1446(b). There has been no waiver by Century of its right to remove this cause.

4. In accordance with M.D. Fla. R. 1.06 and 28 U.S.C. § 1446(a), true and legible copies of all pleadings and papers on file with the state court are attached as **Composite Exhibit 1**. These papers include Plaintiff's Complaint and service documents. Century has not yet filed its response in the State Court Action, nor, as of the date of this Notice, has any other Defendant. Century is not aware of any other pending motions or briefs.

5. This action is removable under 28 U.S.C. § 1441 because it is a civil action over which this Court has federal questions jurisdiction pursuant to 28 U.S.C. § 1331. The requirements of 28 U.S.C. § 1331 have been met because in the Complaint, Plaintiff alleges violation of Section 1981 and Title VII.

6. Accordingly, this case is a civil action arising under the laws of the United States over which this Court has original jurisdiction, and, therefore, is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b). In addition, this Court may exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

7. This action is pending in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida and, therefore, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

COLE, SCOTT & KISSANE, P.A.
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

8. Prompt written notice of this Notice of Removal if being sent to Plaintiff and to the Clerk of Court of the Twentieth Judicial Circuit in and for Lee County, Florida, as required by 28 U.S.C. § 1446(d) and M.D. Fla. R. 1.06.  A copy of the notice is attached as **Exhibit 2**.

9. The undersigned counsel represents and is authorized to represent that the Defendant consents to the removal of this action.  The undersigned counsel is Attorney of Record for Defendant and is authorized to act on behalf of Defendant in seeking Removal of this cause to the United States District Court, Middle District of Florida, Fort Myers Division.  Further, the undersigned Counsel of Record is a fully licensed attorney in the State of Florida and is authorized to practice in the United States District Court, Middle District of Florida.

## FEDERAL QUESTION JURISDICTION

10. Under 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

11. This Court has original jurisdiction over this matter pursuant to Section 1981 and Title VII.

12. Further, this Court has supplemental jurisdiction over the FCRA claims under 28 U.S.C. § 1367(a) "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." *See also Gomez v. VF Imagewear, Inc.*, Case No. 8:10-CV-1826, 2010 WL 11629326, at *2 (finding that "Plaintiff's claim for discrimination and retaliation under the ADA, the FMLA, Title VII, and the FCRA are properly before [the District] Court."

## REMOVAL JURISDICTION

13. This action is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

14. Under § 1441(a), "any civil action brought in a State court of which the district court of the United Stated have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

15. Plaintiff filed this action in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida. The Middle District of Florida is the judicial district embracing Lee County, Florida. This Court, therefore, is the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 1441(a), 1446(a).

16. According to § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

17. The Complaint was served on Century on August 21, 2021. Therefore, pursuant to 28 U.S.C. §1446(b), this removal is timely because thirty days have not elapsed from the date of service of the Complaint.

18. Pursuant to § 1446(a), Century is simultaneously filing with this Notice of Removal copies of all process, pleadings, and orders served on Defendant in this removed action. *See* 28 U.S.C. § 1446(d).

19. Century reserves the right to raise all defenses and objection in this action after the action is removed to this Court.

20.     The allegations set forth in this Notice of Removal are true and correct to the best of the knowledge and belief of the undersigned attorney.

21.     Counsel for Century has conferred with counsel for Plaintiff and Counsel for Plaintiff does not oppose removing this cause from the Circuit Court for the Twentieth Judicial Circuit, in and for Lee County, Florida, to the United States District Court for the Middle District of Florida, Fort Myers Division

22.     Accompanying this Notice of Removal is a Civil Cover Sheet as well as the required filing fee.

**WHEREFORE**, the Defendant, CENTURY SAN-CAP LANDSCAPE, LLC, hereby gives Notice of Removal and petitions this Court for the entry of an Order removing this cause from the Circuit Court for the Twentieth Judicial Circuit, in and for Lee County, Florida, to the United States District Court for the Middle District of Florida, Fort Myers Division.

Respectfully submitted on this 9th day of September, 2021.

>   COLE, SCOTT & KISSANE, P.A.
>   *Counsel for Defendant CENTURY SAN-CAP LANDSCAPE, LLC*
>   Esperante Building
>   222 Lakeview Avenue, Suite 120
>   West Palm Beach, Florida 33401
>   Telephone (561) 612-3459
>   Facsimile (561) 683-8977
>   Primary e-mail: justin.levine@csklegal.com
>   Primary e-mail: lizza.constantine@csklegal.com
>
>   By:   s/ *Lizza C. Constantine*
>   JUSTIN LEVINE
>   FBN: 106463
>   LIZZA C. CONSTANTINE
>   FBN: 1002945

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record listed below, we further certify that we sent the foregoing document via email to all counsel of record listed below.

By: s/ *Lizza C. Constantine*
LIZZA C. CONSTANTINE

## SERVICE LIST

Jason Tenenbaum, Esq.
TENENBAUM LAW GROUP, PLLC
jason@tenenbaumlawgroup.com
efiling@tenenbaumlawgroup.com
1600 Ponce De Leon Boulevard, Suite 1201
Coral Gables, FL 33134
(305) 402-9529