UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID BRADLEY,

    Plaintiff,

v.

CENTURY SAN-CAP LANDSCAPE, LLC,
DAN DOE, and JOHN DOE,

    Defendant.

CASE NO.: 21-CV-00668

_____/

## JOINT STATEMENT REGARDING MEDIATION

Plaintiff, DAVID BRADLEY ("Bradley"), and Defendant, CENTURY SAN-CAP LANDSCAPE, LLC ("Century")(collectively, the "Parties"), respectfully submit the following Joint Statement regarding the outcome of mediation conducted on October 7, 2021, pursuant to the Court's Order dated October 7, 2021. ECF No. 17.

The Parties have entered into an agreement. The Parties are finalizing settlement documents and intend to file a notice of voluntary dismissal within 45 days of this Notice.

Dated: October 13, 2021        Respectfully submitted,

    TENENBAUM LAW GROUP, PLLC
    Counsel for Plaintiff
    1600 Ponce De Leon Blvd., Suite 1201
    Coral Gables, FL 33134
    Telephone (305) 402-9529
    E-mail: Jason@tenenbaumlawgroup.com
    E-mail: Talia@tenebaumlawgroup.com

By: s/ *Talia Beard*
JASON TENENBAUM
FBN: 0670200
TALIA BEARD
FBN: 1022854


COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CENTURY SAN-CAP LANDSCAPE, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: lizza.constantine@csklegal.com


By: s/ *Lizza C. Constantine*
JUSTIN LEVINE
FBN: 106463
LIZZA C. CONSTANTINE
FBN: 1002945